# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY ANN SANGURAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:19-cv-1036 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO 28 U.S.C. § 2142(d) AND 28 U.S.C. § 1920<br><br>(Doc. 16) |

On April 23, 2021, Shelley Ann Sanguras and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees in the amount of $3,525.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 16 at 1) In addition, the parties stipulated to an award of costs in the amount of $400.00 pursuant to 28 U.S.C. § 1290. (*Id.*) Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation,

　　1.　　Plaintiff is **AWARDED** fees in the amount of $3,525.00 under 28 U.S.C. § 2412(d); and

　　2.　　Plaintiff is **AWARDED** costs in the amount of $400.00 under to 28 U.S.C. § 1290.

IT IS SO ORDERED.

　　Dated:　**April 25, 2021**　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE